THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Modriques Rodell Davis,       
Appellant.
 
 
 

Appeal From Anderson County
James W. Johnson, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-176
Submitted January 10, 2003  Filed March 
 4, 2003

APPEAL DISMISSED

 
 
 
Tara  Shurling, of Columbia; for Appellant.
Attorney General Henry Dargan McMaster; Chief Deputy Attorney 
 General John W. McIntosh; Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia;  and Solicitor Druanne Dykes White, of Anderson; for Respondent.
 
 
 

PER CURIAM: Mondriques Davis was convicted 
 of kidnapping and second degree criminal sexual conduct with a minor.  He received 
 concurrent sentences of thirty years imprisonment for kidnapping and twenty 
 years imprisonment for criminal sexual conduct.  Davis appeals, arguing the 
 trial court erred in denying relief on his motion for a speedy trial.  Appellate 
 counsel has filed a final brief and a petition to be relieved.  Davis did not 
 file a pro se response.
After a thorough review of the record on appeal 
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we grant counsels petition 
 and dismiss the appeal.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY, and SHULER, JJ., concur.